UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DAVID KISSI, | : | |
| Plaintiff, | : | Civil No. 08-3574 (JLL) |
| v. | : | |
| AMMENDALE TRUST, et al., | : | **O R D E R** |
| Defendants. | : | (CLOSED) |

The Court having considered Plaintiff's application to proceed in forma pauperis and file the Complaint without prepayment of fees pursuant to 28 U.S.C. § 1915; and the Court having screened the Complaint to determine whether dismissal is warranted pursuant to 28 U.S.C. § 1915(e)(2);

It is on this 25th day of February, 2009,

ORDERED that Plaintiff may proceed in forma pauperis without prepayment of the $350.00 filing fee pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

ORDERED that the Clerk of the Court is directed to file the Complaint in the above-captioned action; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order by regular mail on Plaintiff David Kissi; and it is further

ORDERED that Plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in

this Order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

ORDERED that in each month that the amount in Plaintiff's account exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of the plaintiff shall assess, deduct from Plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to Plaintiff's account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall reference the civil docket number of this action; and it is further

ORDERED that Plaintiff's complaint is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2); and it is further

ORDERED that Plaintiff's application for pro bono counsel (docket entry 17) is hereby dismissed as moot; and it is finally

ORDERED that the Clerk of the Court shall close this case.

/s/ Jose L. Linares
JOSE L. LINARES
United States District Judge